# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

161280

ANGELICA IVANIKIW,
      Plaintiff-Appellee,

v

ALEKSEI IVANIKIW,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161280
COA: 352251
Oakland CC: 17-857782-DO

On order of the Court, the application for leave to appeal the April 16, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



b1021

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk